IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICKEY DWAYNE SAMUEL,**

    **Petitioner,**

vs.                                                     **Case No.: 2:13-cv-076**
                                                              **JUDGE SMITH**
                                                              **Magistrate Judge King**

**SOUTHERN OHIO CORRECTIONAL**
**FACILITY,**

    **Respondent.**

## ORDER

On March 31, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the case be dismissed.  (*See* Doc. 10).  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Petitioner's case is hereby **DISMISSED** as procedurally defaulted.

The Clerk shall remove Document 10 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                             */s/ George C. Smith*
                                                             **GEORGE C. SMITH, JUDGE**
                                                             **UNITED STATES DISTRICT COURT**